AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Delaware

LUMEN VIEW TECHNOLOGY LLC )
)
_____ )
*Plaintiff* )
)
v. ) Civil Action No.    1 2 - 7 2 4
)
REALMATCH, INC. et al )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CENTRAL CONNECTICUT COMMUNICATIONS, LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Stamatios Stamoulis
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  *CLERK OF COURT*

Date:   6-11-12               _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  12-724

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Central Connecticut Communications, LLC

was received by me on *(date)*        06/11/2012                .

☐  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    Paul Mathews-Litigation Management Rep            , who is

designated by law to accept service of process on behalf of *(name of organization)*   Central Connecticut

Communications, LLC c/o Corporation Service Company      on *(date)*    06/11/2012      ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:    06/11/2012             _____
                                                *Server's signature*

                              ____Robert Bower------Process Server____
                                                *Printed name and title*

                                        230 North Market Street
                                        Wilmington, DE 19801

                              _____
                                                *Server's address*

Additional information regarding attempted service, etc: