**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LUMEN VIEW TECHNOLOGY LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 1:12-cv-00724-RGA |
| | : | |
| REALMATCH, INC., THE SMALL NEWSPAPER GROUP, INC., POST-BULLETIN COMPANY, LLC, HEARTLAND PUBLICATIONS, LLC, AND CENTRAL CONNECTICUT COMMUNICATIONS LLC | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated:  October 16, 2012         STAMOULIS & WEINBLATT LLC

  */s/ Stamatios Stamoulis*
  Stamatios Stamoulis #4606
      stamoulis@swdelaw.com
  Richard C. Weinblatt #5080
      weinblatt@swdelaw.com
  Two Fox Point Centre
  6 Denny Road, Suite 307
  Wilmington, DE 19809
  Telephone:  (302) 999-1540

  *Counsel for Plaintiff*
  *Lumen View Technology LLC*